FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6 /ENTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE PEREZ QUINTANA,<br><br>   Petitioner,<br><br>   v.<br><br>RON BARNES, Warden,<br><br>   Respondent. | No. ED CV 13-0384-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 27, 2013

_____/s/_____
HON. FERNANDO M. OLGUIN
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY